# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. FRONTLINE FELLOWSHIP, INC. d/b/a, Frontline Church, An Oklahoma Not for Profit Corporation Church, <br><br>        Plaintiff, <br><br> v. <br><br> 1. PHILADELPHIA INDEMNITY INSURANCE COMPANY, a foreign for-profit Insurance Corporation, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) Case No.:CIV-15-590-C ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Frontline Fellowship, Inc. d/b/a Frontline Church and Defendant, Philadelphia Indemnity Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The Plaintiff hereby dismisses this case, in its entirety, with prejudice.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
McGrew, McGrew & Associates
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:    (405) 235-9909
Facsimile:    (405) 235-9929
**COUNSEL FOR PLAINTIFF**

By  s/ D.Lynn Babb
D. Lynn Babb, OBA No. 392
Amy Steele Neathery, OBA No. 20344
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma 73126-0350
Telephone:            (405) 235-1611
Facsimile:             (405) 235-2904
lbabb@piercecouch.com
aneathery@piercecouch.com

*Attorneys for Defendant,*
*Philadelphia Indemnity Insurance Company*